## BURTON'S LESSEE v. BURTON.

Supreme Court. Sussex. October, 1795.

*Bayard's Notebook, 109.*\*

Upon the ground of this objection the Court rejected the paper.

*Peery, Miller* and *Wilson* for plaintiff. *Ridgely* and *Bayard* for defendant.

---

\* This case is also reported in *Wilson's Red Book,* 76.